14

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELIX RODRIGUEZ | ) |
| | ) |
| vs | ) |
| | ) Civil Action B-98-016 |
| EXCEL CORPORATION, CARGILL, | ) |
| INC., AND STEVE STEFFE | ) |

ORDER

This cause was transferred to the Northern District of Texas, Amarillo Division on March 16,

1998. Therefore, Plaintiff Felix Rodriguez's Motion to Reconsider Order Denying Remand is

**DENIED** as the Court is without jurisdiction to grant the same.

**SO ORDERED.**

DONE this _2__ day of December, 1998 at Brownsville, Texas.

_____
United States District Judge

_Copy at Assignment_   11/2/58